## No. 25-2272

# In the
# United States Court of Appeals
## for the Seventh Circuit

➤◄

BRENDA KOEHLER, KELLY PARKER, LAYLA BOLTEN,
and GREGORY HANDLOSER,

*Plaintiffs-Appellants,*

v.

INFOSYS TECHNOLOGIES LIMITED, INC. and INFOSYS PUBLIC
SERVICES, INC.,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Eastern District of Wisconsin
District Court No. 2:13-cv-00885-PP

The Honorable Pamela Pepper, Judge, Presiding

**PLAINTIFFS-APPELLANTS' MOTION FOR POSTPONEMENT OF ORAL
ARGUMENT**

Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
(202) 471-1995
(202) 280-1128 (Fax)
dkotchen@kotchen.com
dlow@kotchen.com

*Attorneys for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 34(b) and Circuit Rule 34(b)(4) and (e), Appellants Brenda Koehler, Kelly Parker, Layla Bolten, and Gregory Handloser respectfully request that oral argument in this matter, currently scheduled for May 19, 2026 at 9:30 a.m., be postponed to the next available date. *See* Dkt. 35.

In support of this motion, Appellants state:

1.      On February 6, 2026, Daniel Low, counsel for Appellants who primarily drafted the briefs in this case and intends to argue this appeal, filed a Letter Regarding Unavailability of Plaintiffs-Appellants' Counsel for Oral Argument (Dkt. 30), setting forth his unavailability. In that letter, Mr. Low noted that he was unavailable for oral argument on March 25-29, April 1-3, and April 7-11 due to scheduled paternity leave.

2.      At the time of that filing, a four-day trial in which Mr. Low is serving as co-lead counsel was tentatively scheduled for March 10, 2026, which did not pose a conflict with the court's oral argument calendar. *See* Mins. of Hearing, Dkt. 397, *Cunning v. Skye Bioscience, Inc.*, No. 8:21-cv-00710-DOC-KES (C.D. Cal. Feb. 9, 2026). That trial was then subsequently continued to March 31, 2026, which again did not pose a conflict with the court's calendar. *See* Final Pretrial Conference, Dkt. 405, *Cunning v. Skye Bioscience, Inc.*, No. 8:21-cv-00710-DOC-KES (C.D. Cal. Feb. 12, 2026).

3. On March 10, 2026, Appellants filed their reply brief in this matter, thereby completing briefing of the issues on appeal.

4. On March 17, 2026, seven days later, the *Skye* court again continued the trial date, from March 31, 2026 to May 19, 2026. *See* Min. of Hearing, Dkt. 446, *Cunning v. Skye Bioscience, Inc.*, No. 8:21-cv-00710-DOC-KES (C.D. Cal. Mar. 17, 2026).

5. At the time of the continuance that created the conflict, Mr. Low was traveling for a business trip scheduled for March 17 to 19, but his travel plans were interrupted by the early arrival of his daughter on March 19. Mr. Low has been on paternity leave since March 19 and Appellants were in the process of preparing an updated letter concerning Mr. Low's unavailability for oral argument at the time of the Court's March 30 order setting a May 19 oral argument date.

6. There is both good cause and extraordinary circumstances to continue the oral argument date, as Mr. Low, who is co-lead trial counsel in the *Skye* matter, is set to begin a 4-day trial in Santa Ana, California on May 19 at 8:30 a.m. PT.

7. Given the fact that the panel generally hears multiple cases on the same day, and that Mr. Low will be preparing for and participating in trial on May 19, postponement is necessary instead of allowing oral argument by telephonic or video communications.

8. It is also not possible for the argument to be made by other counsel of record, as Daniel Kotchen, co-counsel for Appellants-Plaintiffs, will also be serving as co-lead trial counsel in the *Skye* matter and therefore is also unavailable on May 19.

9. This request is unopposed. Counsel for Appellee stated that he would file a letter updating his unavailability as soon as Appellants file this motion (and Appellants will do the same).

WHEREFORE, Appellants Brenda Koehler, Kelly Parker, Layla Bolten, and Gregory Handloser respectfully request that this Court grant their Motion for Postponement of Oral Argument and continue the May 19, 2026 oral argument date to the next available date.

Dated: April 1, 2026 Respectfully submitted,

/s/Daniel L. Low
Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
(202) 471-1995
(202) 280-1128 (Fax)
dkotchen@kotchen.com
dlow@kotchen.com

*Attorneys for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Daniel L. Low
Daniel L. Low