# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 2, 2026

| | |
|---|---|
| No. 25-2272 | BRENDA KOEHLER, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED, INC. and INFOSYS PUBLIC SERVICES, INC.,<br>　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:13-cv-00885-PP |
| Eastern District of Wisconsin |
| District Judge Pamela Pepper |

Upon consideration of the **PLAINTIFFS-APPELLANTS' MOTION FOR POSTPONEMENT OF ORAL ARGUMENT**, filed on April 1, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion to postpone or reschedule argument is **DENIED**. Appellants may designate another lawyer to present argument or file a motion to present argument remotely.

form name: **c7_Order_BTC**　　(form ID: **178**)