No. 25-2272

# In the
# United States Court of Appeals
## for the Seventh Circuit

━━━━◄►━━━━

BRENDA KOEHLER, KELLY PARKER, LAYLA BOLTEN,
and GREGORY HANDLOSER,

*Plaintiffs-Appellants*,

v.

INFOSYS TECHNOLOGIES LIMITED, INC. and INFOSYS PUBLIC
SERVICES, INC.,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the Eastern District of Wisconsin
District Court No. 2:13-cv-00885-PP

The Honorable Pamela Pepper, Judge, Presiding

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD FOR
APPELLEES**

Brian J. Paul
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-0300

Samantha M. Rollins Murphy
Faegre Drinker Biddle & Reath LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
(612) 766-7000

*Attorneys for Defendants-Appellees*

1

PLEASE TAKE NOTICE that Samantha M. Rollins Murphy, counsel for Defendants-Appellees, will no longer be associated with the law firm Faegre Drinker Biddle & Reath LLP effective June 6, 2026.  Accordingly, Ms. Rollins Murphy respectfully withdraws as counsel of record from this case.

Defendants-Appellees will continue to be represented by Lead Counsel Brian J. Paul of Faegre Drinker Biddle & Reath LLP.

Dated: June 3, 2026.

By: */s/ Samantha M. Rollins Murphy*
Brian J. Paul
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-0300 | (317) 237-1000 (fax)
brian.paul@faegredrinker.com

Samantha M. Rollins Murphy
FAEGRE DRINKER BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
(612) 766-7000 | (612) 766-1600 (fax)
samantha.murphy@faegredrinker.com

*Attorneys for Defendants-Appellees*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD FOR**

**APPELLEES** was e-filed with the Court and e-served via CM/ECF to the

following:

Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
1918 New Hampshire Avenue, N.W.
Washington, D.C. 20009
(202) 468-4014
(202) 280-1129 (fax)
dkotchen@kotchen.com
dlow@kotchen.com

*s/ Samantha M. Rollins Murphy*
Samantha M. Rollins Murphy
Brian J. Paul

*Attorneys for Defendants-Appellees*
*Infosys Technologies Limited, Inc. and*
*Infosys Public Services, Inc.*

DMS_US.377477853.1