# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 13, 2026

Before

MICHAEL B. BRENNAN, *Chief Judge*
AMY J. ST. EVE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-2272 | BRENDA KOEHLER, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED, INC. and INFOSYS PUBLIC SERVICES, INC.,<br>　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:13-cv-00885-PP |
| Eastern District of Wisconsin |
| District Judge Pamela Pepper |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)